NATIONAL LABOR RELATIONS
BOARD, Appellant,

v.

EVEREST & JENNINGS, INC., Appellee.

No. 21746.

United States Court of Appeals
Ninth Circuit.

Nov. 21, 1967.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Richard Rodin (argued), Atty. N.L.R.B., Washington, D. C., Paul A. Cassady, Regional Director, N.L.R.B., Los Angeles, Cal., for petitioner.

Lyman B. Powell (argued), Los Angeles, Cal., for respondent.

Before MERRILL and ELY, Circuit Judges, and BYRNE, District Judge.

PER CURIAM:

Substantial evidence on the record as a whole supports the Board's findings and conclusions, and the Board's order is enforced in every particular.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

BALDWIN SUPPLY COMPANY,
Respondent.

No. 11417.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 8, 1967.

Decided Nov. 13, 1967.

Abigail Cooley Baskir, Attorney, N.L.R.B., (Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, and Michael N. Sohn, Attorney, N.L.R.B., on brief), for petitioner.

George V. Gardner, Washington, D. C. (Asa Ambrister, Washington, D. C., on brief), for respondent.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BRYAN, Circuit Judges.

PER CURIAM:

This case comes to us as a challenge to the Board's determination of an appropriate unit. With respect to this issue, we cannot find that the Board exceeded its discretion. Its order is therefore

Enforced.